# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-0585
_____

PAUL WHITE,

    Appellant,

    v.

STATE OF FLORIDA, JULIE L.
JONES, Secretary, Florida
Department of Corrections, et
al.,

    Appellees.

_____


On appeal from the Circuit Court for Hamilton County.
Andrew J. Decker, III, Judge.

December 19, 2018


PER CURIAM.

AFFIRMED. *James v. Jones*, 244 So. 3d 352 (Fla. 1st DCA 2018); *Zuluaga v. State, Dep't of Corr.*, 32 So. 3d 674 (Fla. 1st DCA 2010).


B.L. THOMAS, C.J., JAY, J., and LONG, JR., ROBERT E., ASSOCIATE JUDGE, concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Paul White, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Kaitlin Weiss, Assistant Attorney General, Tallahassee, for Appellees.